**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Michael Kaarbo, Diane Kaarbo,

        Plaintiffs,                Civil No. 08-5848 (RHK/RLE)

vs.

                                              **ORDER**

DePuy Orthopaedics, Inc., et al.,

        Defendants.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  October 29, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge